FILED IN OPEN COURT
8/18/08 KJK.

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

UNITED STATES OF AMERICA

v.

**THOMAS BUTCHER**

**WAIVER OF PRELIMINARY
EXAMINATION OR HEARING**
(Rule 5 or 32.1, Fed. R. Crim. P.)

Case Number **08-139M**

I, **THOMAS BUTCHER**, charged in a complaint pending in this District with **KNOWINGLY BEING A FELON IN POSSESSION OF A FIREARM**, in violation of Title **18**, U.S.C., **922(g)(1) and 924(a)(2)**, and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary hearing, do hereby waive (give up) my right to a preliminary hearing.

/s/ Thomas J. Butcher
*Defendant*

/s/ [signature]
*Counsel for Defendant*

August 18, 2008

FILED
AUG 14 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE