IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 08–139 M |
| | ) | |
| THOMAS BUTCHER, | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION FOR REVOCATION OF RELEASE ORDER**

NOW COMES the United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney, and Robert F. Kravetz, Assistant U.S. Attorney, and hereby respectfully requests pursuant to 18 U.S.C. §3145 that the District Court revoke the Release Order entered by the United States Magistrate Judge today.

                                                    Respectfully submitted,

                                                    COLM F. CONNOLLY
                                                    UNITED STATES ATTORNEY

By    /s/ Robert F. Kravetz
          Robert F. Kravetz
          Assistant U.S. Attorney

Date: August 18, 2008