IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | Case No. 08-139 M |
| ) | |
| THOMAS BUTCHER,   ) | |
| ) | |
| Defendant.   ) | |

**MOTION AND ORDER FOR STAY PENDING APPEAL**

The United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware and Robert F. Kravetz, Assistant United States Attorney for the District of Delaware, respectfully moves that the Court stay the United States Magistrate Judge's Order of release in the above case, pending the resolution of an appeal to a Judge of the District Court for the District of Delaware.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

BY: _____
Robert F. Kravetz
Assistant United States Attorney

Dated: August 18, 2008

**IT IS SO ORDERED** this 18th day of August, 2008.

_____
Hon. Sue L. Robinson
United States District Court Judge