IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Crim. No. 08-139 |
| ) | |
| THOMAS BUTCHER, ) | |
| ) | |
| Defendant. ) | |

ORDER

At Wilmington this 18th day of August, 2008,

IT IS ORDERED that a hearing to consider plaintiff's appeal of the United States Magistrate Judge's Order of release is scheduled for **Wednesday, August 20, 2008** at **10:00 a.m.** in courtroom 6B, on the sixth floor of the J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware.

                                                                                                         _____
                                                                                                         United States District Judge