IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>         Plaintiff,<br><br>v.<br><br>**THOMAS BUTCHER**<br>         Defendant. | §<br>§<br>§   CRIMINAL ACTION NO. **08-139M**<br>§<br>§<br>§<br>§ |

### WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO:  DAVID W. THOMAS, UNITED STATES MARSHAL, DISTRICT OF DELAWARE,
     WARDEN OF THE HOWARD R. YOUNG CORRECTIONAL FACILITY,
     WILMINGTON, DELAWARE

GREETINGS:

   We command you that you do forthwith deliver and turn over to the United States Marshal for the District of Delaware, the body of the said **THOMAS BUTCHER** who is now detained and imprisoned in the HOWARD R. YOUNG CORRECTIONAL FACILITY and who is a defendant in the above-entitled cause, in which cause the said **THOMAS BUTCHER** was charged with a violation of 18 U.S.C. 922(g)(1) is scheduled for a **BAIL REVIEW HEARING ON AUGUST 20, 2008 at 10:00 AM** and to be remain in the custody of the U.S. Marshal's Service until the conclusion of the federal charges.

   And have you then and there this writ.

   To the Marshal of the District of Delaware to execute.

WITNESS the Honorable Sue L. Robinson, U.S. District Judge of the District Court of the United States for the District of Delaware, this 19th day of August 2008.

                                        PETER T. DALLEO, CLERK

                                        By: _____
                                               Deputy Clerk